UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARIA J. DISEN,

    Plaintiff,

v.

BAYVIEW LOAN SERVICING, LLC,

    Defendant.

Case No.: 3:22-cv-00855-RDM

FILED
SCRANTON
AUG 2 5 2022
PER _____
DEPUTY CLERK

**ORDER**

This matter came before the Court on Defendant, Bayview Loan Servicing, LLC's ("Defendant"), Motion for Enlargement of Time (the "Motion for Enlargement") to Respond to Plaintiff, Maria J. Disen's, Motion to Add Nationstar Mortgage LLC d/b/a Right Path Servicing and Motion to Restrain the Foreclosure of 1519 Titania Road, Tobyhanna, PA 18466 a/k/a 2149 Titania Road, Tobyhanna, PA 18466 (the "Motion to Add"). After due consideration of the Motion for Enlargement, it is this 25th day of August, 2022:

**ORDERED** that the relief sought in the Motion for Enlargement is hereby **GRANTED**; and it is further

**ORDERED** that the time within which Defendant must respond to the Motion to Add is hereby **EXTENDED** to a date no later than fourteen (14) days following the entry of this Order.

**IT IS SO ORDERED**.

Dated: 8/25/22

The Honorable Robert D. Mariani,
U.S.D.J.